UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JORDAN SPRING, STATE BANK OF FREEPORT, Guardian of the Estate of CARTER BOMKAMP, a minor, and STATE BANK OF FREEPORT, Guardian of the Estate of ETHAN BOMKAMP, a minor,<br><br>        Plaintiffs,<br><br>    v.<br><br>PARACLETE TRANSPORT, LTD., THE ROYAL BANK OF CANADA, RALF SAWITZKY, and HOFFMAN CONSTRUCTION COMPANY,<br><br>        Defendants. | No. 3:22-cv-00495 |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jordan Spring, as guardian of the estate of Carter Bomkamp, and State Bank of Freeport, as guardian of the estate of Ethan Bomkamp, and Defendants Paraclete Transport, Ltd., The Royal Bank of Canada, Ralf Sawitzky, and Hoffman Construction Company hereby stipulate to the dismissal of all claims, crossclaims, third-party claims, and parties without prejudice. Each party will bear their own attorney's fees and costs.

(The remainder of this page intentionally left blank.)

Respectfully submitted,

| | |
|---|---|
| COPLAN & CRANE, LTD. <br> *Counsel for Plaintiffs* | LIND, JENSEN, SULLIVAN, & PETERSON, P.A. <br> *Counsel for Defendants Paraclete Transport, Ltd.,* <br> *The Royal Bank of Canada, and Ralf Sawitzky* |

COPLAN & CRANE, LTD.
*Counsel for Plaintiffs*

By: /s/ Blake M. Vance
Blake M. Vance (#6273651)
1111 Westgate Street
Oak Park, Illinois 60301
(708) 358-8080 (Telephone)
(708) 358-8181 (Facsimile)
bvance@coplancrane.com
il.court@coplancrane.com

LIND, JENSEN, SULLIVAN, & PETERSON, P.A.
*Counsel for Defendants Paraclete Transport, Ltd.,*
*The Royal Bank of Canada, and Ralf Sawitzky*

By: /s/Matthew Sloneker
Matthew Sloneker (#1078587)
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, Minnesota 55402
(612) 333-3637 (Telephone)
(612) 333-1030 (Facsimile)
sean.kelly@lindjensen.com
brian.wood@lindjensen.com
matt.sloneker@lindjensen.com

LAW OFFICES OF EDWARD W. STEWART
*Counsel for Defendant Hoffman Construction Company*

By: /s/Edward Stewart
Edward Stewart (#1019253)
1299 Zurich Way
Suite 310
Schaumburg, Illinois 60196
(262) 798-8253 (Telephone)
e.stewart@zurichna.com